**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6314**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

TERRELL ANTHONY HARGROVE, a/k/a Rell,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge. (3:06-cr-00026-JAG-1)

_____

Submitted:  August 21, 2014        Decided:  August 25, 2014

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terrell Anthony Hargrove, Appellant Pro Se.   Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrell Anthony Hargrove appeals the district court's order denying his motion, brought under 18 U.S.C. § 3582(c) (2012) and Federal Rule of Criminal Procedure 32, to correct errors in his presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hargrove, No. 3:06-cr-00026-JAG-1 (E.D. Va. Feb. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED